

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-20-00440-CV

**IN THE INTEREST OF E.H.**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01654
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's notice of appeal was filed in the trial court on September 8, 2020. Therefore, the reporter's record was due September 18, 2020, ten days after the notice of appeal was filed. It has not been filed. We therefore ORDER Angie Jimenez, the court reporter responsible for preparing the reporter's record in this appeal, to file the reporter's record on or before **October 2, 2020**.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court